**Order entered August 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01369-CV

**MICHAEL D. WILSON, Appellant**

**V.**

**WOODLAND HILLS APARTMENT, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-04980-C**

## ORDER

Before the Court is appellant's August 12, 2016 request for oral argument setting and appellant's August 15, 2016 request to prepare the appellate record. We **DENY** the request for oral argument setting. We **DENY AS MOOT** appellant's request to prepare the appellate record because the Clerk's Record, Supplemental Clerk's Record, and Reporter's Record were filed with the Court on February 15, 2016, February 23, 2016, and March 8, 2016 respectively.

/s/     ELIZABETH LANG-MIERS
         JUSTICE